IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                       No. 20-CR-1882 MV

MARK HILL,

      Defendant.

**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE**

    THIS MATTER having come before the Court on the motion of the Defendant, Mark Hill, requesting that his supervised release be terminated, and the Court noting that the government and the U.S. Probation Officer do not object to the granting of such requests, and further determining that there appears to be good grounds for the granting of this motion and that the motion is well taken and should be granted;

    IT IS THERFORE ORDERED that the term of supervise release imposed in this matter is hereby terminated.

                                                                   _____
                                                                   HONORABLE MARTHA VAZQUEZ
                                                                   U.S. DISTRICT COURT JUDGE